AO 91 (Rev. 11/11) Criminal Complaint

## UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>Marcio Costa a/k/a "Marcino";<br>Joao Pedro Marques Guimares Gama a/k/a "Bahianinho";<br>Breno Henrique DaSilva; Alvaro Dos Santos Melo;<br>Edson DaSilva; Igor Costa;<br>Vinicius Goncalves de Assis;<br>*Defendant(s)* | Case No.<br>19-MJ-6290-MPK |

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____ in the county of Suffolk/Middlesex/Essex/Norfolk/Plymouth in the _____ District of Massachusetts, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1962(d) | RICO conspiracy |
| 18 U.S.C. § 1951 | Conspiracy to commit robbery, robbery in violation of the Hobbs Act |
| 21 U.S.C. § 846 | Conspiracy to distribute controlled substances |
| 18 U.S.C. § 922(a)(1)(A) | Dealing in firearms without a license |
| 18 U.S.C. § 922(g)(5) | Alien in possession of a firearm |

This criminal complaint is based on these facts:
See attached affidavit of ATF Special Agent Peter Milligan

☑ Continued on the attached sheet.

*Complainant's signature*

Peter Milligan, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 04/24/2019

*Judge's signature*

City and state: Boston, MA     Hon. M. Page Kelley, U.S. Magistrate Judge
*Printed name and title*